# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BRITTANY WILLIAMS,

    Plaintiff,

v.                                                           Case No: 8:21-cv-1443-CEH-JSS

COMMUNITY ACTION STOPS
ABUSE,

    Defendant.
_____/

## **O R D E R**

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on July 2, 2021 (Doc. 5). In the Report and Recommendation, Magistrate Judge Sneed recommends that:

    1. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Dkt. 2) be DENIED without prejudice; and

    2. Plaintiff's Complaint (Dkt. 1) be DISMISSED without prejudice and with leave to file an amended complaint that complies with the Federal Rules of Civil Procedure. The Magistrate Judge further recommends that the amended complaint, if any, be due within twenty (20) days of the date the Report and Recommendation becomes final.

    Plaintiff was furnished a copy of the Report and Recommendation and was afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and

upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Dkt. 2) is DENIED without prejudice.

(3) Plaintiff's Complaint (Dkt. 1) is DISMISSED without prejudice.

(4) Plaintiff is granted leave to file an amended complaint that complies with the Federal Rules of Civil Procedure within twenty (20) days of the date of this Order. **Failure to file an amended complaint within this time frame will result in this matter being dismissed without further notice from the Court**.

**DONE AND ORDERED** at Tampa, Florida on July 20, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record

2